435 A.2d 652

Commonwealth v. Brown, Appellant.

Submitted March 6, 1980. George Gershenfeld, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.

435 A.2d 652

Commonwealth v. Byrd, Appellant.

Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., filed a memorandum dissenting opinion.